AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | |
|---|---|
| BOTANIC TONICS, LLC <br><br> *Plaintiff(s)* <br> v. <br> MIT THERAPY, INC. <br><br> *Defendant(s)* | Civil Action No. 1:23-cv-00325-AKB |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MIT THERAPY, INC.
6268 W. INA DRIVE
BOISE, ID  83703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jaclyn T. Gans
ELAM & BURKE, P.A.
251 East Front Street, Suite 300
Post Office Box 1539
Boise, Idaho 83701-1539
Telephone: (208) 343-5454

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: July 12, 2023



**United States Courts
District of Idaho

ISSUED

AnneCopas
on Jul 12, 2023 1:16 pm**