Scott D. Swanson (ISB #8156)
Shaver and Swanson, LLP
913 W. River St. STE 420
Boise, ID  83702
P.O. Box 877
Boise, ID 83701
Phone: (208) 345-1122
Fax: (888) 388-6035
Email:  swanson@shaverswanson.com

*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **BOTANIC TONICS, LLC,**<br><br>　　　　　　　**Plaintiff,**<br><br>v.<br><br>**MIT THERAPY, INC.,**<br>　　　　　　　**Defendant.** | Case No.: 1:23-cv-00325-AKB<br><br>STIPULATION RE: EXTENSION OF TIME TO ANSWER COMPLAINT |

Defendant MIT Therapy, Inc., an Idaho limited liability company ("Defendant"), by and through its counsel of record, Shaver & Swanson, LLP, and Plaintiff Botanic Tonics, LLC., a Delaware corporation ("Plaintiff"), by and through its counsel of record, Arnall Golden Gregory LLP and Elam & Burke, P.A., hereby stipulate and agree that the time for the defendant to answer, move, or otherwise respond to the Complaint in this matter is extended from August 6, 2023, by thirty (30) days, up to and including September 5, 2023. For good cause, the parties have engaged in settlement discussions and believe an extension of time will allow for furthering these discussions and potential settlement.

DATED:  August 2, 2023

/s/ Scott D. Swanson
Scott D. Swanson
SHAVER & SWANSON LLP
913 W. River St., Ste 420
Boise, ID 83702
swanson@shaverswanson.com

*Attorney for Defendant*

/s/ Kevin M. Bell
_____
Jaclyn T. Gans
ELAM & BURKE, P.A.
251 East Front Street, Ste. 300
P.O. Box 1539
Boise, ID 83701
jtg@elamburke.com

Kevin M. Bell
Matthew D. Zapadka
Justin F. Ferraro
ARNALL GOLDEN GREGORY LLP
2100 Pennsylvania Avenue, NW, Ste. 350S
Washington, DC 20037
kevin.bell@agg.com
matthew.zapadka@agg.com
justin.ferraro@agg.com

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on this __4th__ day of August, 2023, I caused a true and correct copy of the foregoing document to be served electronically.

| | |
|---|---|
| Jaclyn T. Gans<br>ELAM & BURKE, P.A.<br>251 East Front Street, Ste. 300<br>P.O. Box 1539<br>Boise, ID 83701<br>jtg@elamburke.com<br><br>Kevin M. Bell<br>Matthew D. Zapadka<br>Justin F. Ferraro<br>ARNALL GOLDEN GREGORY LLP<br>2100 Pennsylvania Avenue, NW, Ste. 350S<br>Washington, DC 20037<br>kevin.bell@agg.com<br>matthew.zapadka@agg.com<br>justin.ferraro@agg.com | [X] CM/ECF System |

_____
Karen E. Walker

*STIPULATION RE: EXTENSION OF TIME TO ANSWER COMPLAINT- 3*