Jaclyn T. Gans, ISB #9291
ELAM & BURKE, P.A.
251 East Front Street, Suite 300
Post Office Box 1539
Boise, Idaho 83701-1539
Telephone: (208) 343-5454
Facsimile: (208) 384-5844
Email: jtg@elamburke.com

Kevin M. Bell (*pro hac vice*)
Matthew D. Zapadka  (*pro hac vice*)
Justin F. Ferraro *(pro hac vice)*
ARNALL GOLDEN GREGORY LLP
2100 Pennsylvania Avenue, NW, Suite 350S
Washington, DC 20037
Telephone: (202) 677-4930
Facsimile: (202) 677-4931
Email: kevin.bell@agg.com
Email: matthew.zapadka@agg.com
Email: justin.ferraro@agg.com

*Attorneys for Botanic Tonics, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| BOTANIC TONICS, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>MIT THERAPY, INC.,<br><br>　　　　　　　　Defendant. | Case No. 1:23-cv-00325-AKB<br><br>**STIPULATED MOTION TO CONTINUE SCHEDULING CONFERENCE AND EXTEND DEADLINES** |

　　　　Plaintiff Botanic Tonics, LLC ("Plaintiff" or "Botanic Tonics") and Defendant MIT Therapy, Inc. ("Defendant" or "MIT Therapy" and, collectively with Plaintiff, the "Parties"), by and through their respective counsels of record, hereby move as follows:

　　　　The Parties respectfully ask the Court for a 30-day continuance of the telephonic

scheduling conference and related deadline for the Parties to file their Joint Litigation Plan and Discovery Plan, as set forth in the Court's Litigation Order and Notice of Telephonic Scheduling Conference (Dkt. 11). The Parties further ask the Court to enter an order further modifying Defendant's deadline to answer and/or respond to Plaintiff's Complaint by 30 days.

This Stipulation is made for the following reasons:

1. The parties are currently in the process of ongoing and productive negotiations regarding a preliminary resolution of this matter.

2. The parties believe that a 30-day extension of the scheduling conference and other deadlines should be sufficient to accommodate the amount of time involved to negotiate and execute a formal resolution and a stipulation of dismissal.

Based on the foregoing, the Parties stipulate and agree to extend the following deadlines by approximately 30 days and respectfully request that the Court enter an Order modifying the deadlines as follows:

| Deadline Type | Current Deadline | New Deadline |
|---|---|---|
| Parties to file the joint Litigation Plan and Discovery Plan | August 31, 2023 | October 2, 2023 |
| Defendant's Answer/Response to Plaintiff's Complaint | September 5, 2023 | October 5, 2023 |
| Telephonic Scheduling Conference | September 7, 2023 | October 9, 2023 |

DATED THIS 30th day of August, 2023.

        ELAM & BURKE, P.A.

        By */s/ Jaclyn T. Gans*
            Jaclyn T. Gans
            *Attorneys for Plaintiff*
            Botanic Tonics, LLC

DATED THIS 30th day of August, 2023.

        SHAVER & SWANSON LLP

        By */s/ Scott D. Swanson*
            Scott D. Swanson
            *Attorneys for Defendant*
            MIT Therapy, Inc.