Jaclyn T. Gans, ISB #9291
ELAM & BURKE, P.A.
251 East Front Street, Suite 300
Post Office Box 1539
Boise, Idaho 83701-1539
Telephone: (208) 343-5454
Facsimile: (208) 384-5844
Email: jtg@elamburke.com

Matthew D. Zapadka (*pro hac vice*)
Kevin M. Bell (*pro hac vice*)
Justin F. Ferraro *(pro hac vice)*
ARNALL GOLDEN GREGORY LLP
2100 Pennsylvania Avenue, NW, Suite 350S
Washington, DC 20037
Telephone: (202) 677-4930
Facsimile: (202) 677-4931
Email: kevin.bell@agg.com
Email: matthew.zapadka@agg.com
Email: justin.ferraro@agg.com

*Attorneys for Botanic Tonics, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| BOTANIC TONICS, LLC,<br><br>            Plaintiff,<br>vs.<br><br>MIT THERAPY, INC.,<br><br>            Defendant; | Case No..: 1:23-cv-0325-AKB<br><br>COUNTERDEFENDANT BOTANIC TONICS'S ANSWER TO COUNTERCLAIMANT MIT THERAPY'S COUNTERCLAIMS (DKT. 19) |
| MIT THERAPY, INC.,<br><br>            Counterclaimant,<br>vs.<br><br>BOTANIC TONICS, LLC,<br><br>            Counterdefendant. | |

Plaintiff/Counterdefendant, Botanic Tonics, LLC ("Botanic Tonics"), by and through counsel, files this Answer to Defendant/Counterclaimant's MIT Therapy, Inc.'s ("MIT Therapy") Counterclaims ("Counterclaim") (Dkt. 19) as follows.

## INTRODUCTION

The following defenses are not stated separately as to each claim for relief or allegation of MIT Therapy. Nevertheless, the following defenses are applicable, where appropriate, to any and all of MIT Therapy's claims for relief. Botanic Tonics, in asserting the following defenses, does not admit that the burden of proving the allegations or denials contained in the defenses is upon it but, to the contrary, asserts that by reason of said denials, and by reason of relevant statutory and judicial authority, the burden of proving the facts relevant to many of the defenses and affirmative defenses and the burden of proving the inverse of the allegations contained in many of the defenses and affirmative defenses is upon MIT Therapy. Moreover, Botanic Tonics does not admit, in asserting any defense, any responsibility or liability but, to the contrary, specifically denies any and all allegations of responsibility and liability contained in MIT Therapy's Counterclaim.

## FIRST DEFENSE

MIT Therapy's Counterclaim fails to state a claim against Botanic Tonics upon which relief can be granted.

## SECOND DEFENSE

Botanic Tonics denies each and every allegation of the Counterclaim not expressly admitted below.

## RESPONSE TO ALLEGATIONS

1.  Botanic Tonics admits that the Complaint alleges violations of the Lanham Act, 15 U.S.C. §1114. Denied to the extent this paragraph is intended to claim those are the only violations

alleged in the Complaint. Last, Paragraph 1 contains a legal conclusion regarding the Federal Declaratory Judgement Act, 28 U.S.C. §2201, *et seq.* to which no response is required.

2. Botanic Tonics admits the allegations of Paragraph 2.

3. Paragraph 3 contains a legal conclusion to which no response is required.

4. Botanic Tonics admits that by filing its Complaint, Botanic Tonics has consented to personal jurisdiction in this district. Botanic Tonics denies all remaining allegations in Paragraph 4.

5. Botanic Tonics admits the allegations of Paragraph 5.

6. Paragraph 6 is a subtitle and/or header, which does not contain any allegation of fact or law. Accordingly, Paragraph 6 does not require a response.

7. In response to Paragraph 7, Botanic Tonics incorporates any allegations made in its Complaint as if fully set forth herein.

8. Admitted that Botanic Tonics's Complaint asserts federal trademarks with the U.S. Trademark Registration Nos. 7,018,376 and 6,396,112. Denied to the extent this paragraph is intended to claim that those are the only two trademarks asserted by Botanic Tonics. Botanic Tonics's Complaint speaks for itself.

9. Botanic Tonics admits the allegations of Paragraph 9. Further, the referenced U.S. Trademark Application speaks for itself.

10. Botanic Tonics admits the allegations of Paragraph 10. Further, the referenced U.S. Trademark Application speaks for itself.

11. Botanic Tonics admits the allegations of Paragraph 11. Further, the referenced U.S. Trademark Application speaks for itself.

12. Botanic Tonics admits the allegations of Paragraph 12. Further, the referenced U.S. Trademark Application speaks for itself.

13. Botanic Tonics denies the allegations of Paragraph 13.

14. Botanic Tonics denies the allegations of Paragraph 14.

15. Botanic Tonics lacks sufficient information to either confirm or deny the allegations in Paragraph 15, and therefore denies the allegations on that basis.

16. Admitted that Botanic Tonics markets its Feel Free tonic to consumers looking for alternatives to alcohol, energy drinks, or other synthetic mood enhancers. Botanic Tonics denies all remaining allegations in Paragraph 16 including to the extent this paragraph is intended to claim that Botanic Tonics only markets its Feel Free tonic for a single purpose.

17. Botanic Tonics denies the allegations of Paragraph 17.

18. Botanic Tonics denies the allegations of Paragraph 18.

19. Botanic Tonics denies the allegations of Paragraph 19.

20. Botanic Tonics denies the allegations of Paragraph 20.

## COUNTERCLAIM I
*Cancellation of U.S. Trademark Registration No. 6,396,112*

21. Botanic Tonics incorporates its responses to Paragraphs 1 through 20 of MIT Therapy's Counterclaim as if fully set forth herein.

22. Botanic Tonics denies the allegations of Paragraph 22.

23. Botanic Tonics denies the allegations of Paragraph 23.

24. Botanic Tonics denies the allegations of Paragraph 24.

25. Botanic Tonics denies the allegations of Paragraph 25.

## COUNTERCLAIM II
*Cancellation of U.S. Trademark Registration No. 7,018,376*

26. Botanic Tonics incorporates its responses to Paragraphs 1 through 25 of MIT Therapy's Counterclaim as if fully set forth herein.

27. Botanic Tonics denies the allegations of Paragraph 27.

28. Botanic Tonics denies the allegations of Paragraph 28.

29. Botanic Tonics denies the allegations of Paragraph 29.

30. Botanic Tonics denies the allegations of Paragraph 30.

## RELIEF REQUESTED

Botanic Tonics denies that MIT Therapy is entitled to any form of relief, including but not limited to, the relief requested in MIT Therapy's Counterclaim.

## AFFIRMATIVE DEFENSES

Without waiving any non-affirmative defenses that are not stated herein and without assuming the burden of proof on any defense where the law provides otherwise, Botanic Tonics submits the following affirmative defenses to the claims set forth in the Counterclaim.

## THIRD DEFENSE

MIT Therapy has not suffered, nor has alleged that it has suffered, any harm or injury sufficient to invoke standing.

## FOURTH DEFENSE

MIT Therapy's claims are subject to dismissal, in whole or in part, to the extent the claims made in MIT Therapy's Counterclaim are barred by waiver, estoppel, laches, judicial estoppel, and/or unclean hands. The full extent to which these defenses are applicable, and whether additional grounds exist in support of this defense, will be developed through discovery.

## RIGHT TO AMEND

Botanic Tonics reserves the right, after discovery, to amend this Answer to add additional affirmative defenses supported by the facts, and failure to include all such defenses in this Answer shall not be deemed a waiver of any right to further amend this Answer.

## COSTS AND ATTORNEY FEES

Botanic Tonics denies that MIT Therapy is entitled to recover any costs or attorney fees.

## DEMAND FOR JURY TRIAL

Botanic Tonics hereby demands a jury trial in accordance with the provisions of Federal Rule of Civil Procedure 38(b) and Local Civil Rule 38.1.

## REQUEST FOR ATTORNEY FEES

Botanic Tonics, as a result of the filing of this action by MIT Therapy, has been required to retain the services of Elam & Burke, P.A., to defend this action and have and will incur reasonable attorney fees based upon time expended in this defense. Botanic Tonics alleges and makes claim against MIT Therapy for attorney fees and costs incurred pursuant to Rule 54 of the Federal Rules of Civil Procedure, 15 U.S.C. § 1117(a), and any other applicable statutes or other common law provisions.

## PRAYER

WHEREFORE, Botanic Tonics prays for judgment as follows:

1. The Counterclaim be dismissed with prejudice and MIT Therapy take nothing thereby.

2. Pursuant to 15 U.S.C. § 1117(a) and Federal Rule of Civil Procedure 54 Botanic Tonics be awarded its attorney fees, costs and expenses necessarily incurred in defending against MIT Therapy's Counterclaim.

3.      For such other and further relief as the Court deems just under the circumstances of this lawsuit.

DATED this 26th day of October, 2023.

By: */s/ Jaclyn T. Gans*

Jaclyn T. Gans, ISB #9291
ELAM & BURKE, P.A.
251 East Front Street, Suite 300
Post Office Box 1539
Boise, Idaho 83701-1539
Telephone: (208) 343-5454
Facsimile: (208) 384-5844
Email: jtg@elamburke.com

Matthew D. Zapadka
(*pro hac vice admitted*)
ARNALL GOLDEN GREGORY LLP
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, DC 20037
Telephone: 202.677.4930
Email: matthew.zapadka@agg.com

Kevin M. Bell
(*pro hac vice admitted*)
ARNALL GOLDEN GREGORY LLP
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, DC 20037
Telephone: 202.677.4906
Email: kevin.bell@agg.com

Justin F. Ferraro
(*pro hac vice admitted*)
ARNALL GOLDEN GREGORY LLP
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, DC 20037
Telephone: 202.677.4967
Email: justin.ferraro@agg.com
*Attorneys for Plaintiff Botanic Tonics, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 26th day of October, 2023, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons via email:

Scott D. Swanson                    Swanson@shaverswanson.com
*Attorneys for Defendant*

                                    */s/ Jaclyn T. Gans*
                                    Jaclyn T. Gans