Jaclyn T. Gans, ISB #9291
ELAM & BURKE, P.A.
251 East Front Street, Suite 300
Post Office Box 1539
Boise, Idaho 83701-1539
Telephone: (208) 343-5454
Facsimile: (208) 384-5844
Email: jtg@elamburke.com

Kevin M. Bell (*pro hac vice*)
Matthew D. Zapadka  (*pro hac vice*)
Justin F. Ferraro *(pro hac vice)*
ARNALL GOLDEN GREGORY LLP
2100 Pennsylvania Avenue, NW, Suite 350S
Washington, DC 20037
Telephone: (202) 677-4930
Facsimile: (202) 677-4931
Email: kevin.bell@agg.com
Email: matthew.zapadka@agg.com
Email: justin.ferraro@agg.com

*Attorneys for Botanic Tonics, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| BOTANIC TONICS, LLC,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MIT THERAPY, INC.,<br><br>　　　　　　　Defendant. | Case No. 1:23-cv-00325-AKB<br><br>**MOTION TO EXTEND DEADLINES** |

　　　　Plaintiff, Botanic Tonics, LLC, by and through its undersigned counsel, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Court to modify the Scheduling Order (Dkt. 18) to extend the deadlines for the parties to complete fact discovery and disclosure of experts for forty-five (45) days as outlined below:

**MOTION TO EXTEND DEADLINES - 1**

| Deadline Type | Current Deadline | New Deadline |
|---|---|---|
| Completion of Fact Discovery | June 28, 2024 | August 12, 2024 |
| Disclosure of Experts | ------------------- | -------------------- |
| Plaintiff Disclosure | July 1, 2024 | August 15, 2024 |
| Defendant Disclosure | July 31, 2024 | September 14, 2024 |
| Plaintiff's Rebuttal | August 7, 2024 | September 21, 2024 |
| All Expert Discovery | August 30, 2024 | October 14, 2024 |

The parties have been and remain engaged in discussions regarding settlement and are exploring options to resolve the dispute outside of court, such as mediation. Plaintiff's counsel was recently in trial in Delaware and is currently preparing for another upcoming trial this summer. Plaintiff's counsel is also working under multiple deadlines regarding post-trial briefing and closing arguments for the patent infringement trial that just concluded in Delaware. Plaintiff's counsel made multiple attempts to contact counsel for Defendant MIT Therapy, Inc., to request their consent for this Motion, but as of the filing of this Motion, undersigned counsel has not received a response back. Notwithstanding the foregoing, this Motion does not serve to prejudice Defendant because it extends the deadlines for both parties. This Motion is timely filed prior to the expiration of the relevant deadline and is made for good cause and not for purposes of delay. This request does not impact any other dates in the Scheduling Order.

In consideration of the parties' settlement discussions and Plaintiff's counsel's competing trial deadlines, Plaintiff respectfully request this Court grant the extensions as outlined in the above chart.

//

//

**MOTION TO EXTEND DEADLINES - 2**

Respectfully submitted this 28th day of June, 2024.

                By: <u>*/s/ Matthew Zapadka*</u>

                Matthew D. Zapadka
                (*pro hac vice admitted*)
                ARNALL GOLDEN GREGORY LLP
                2100 Pennsylvania Avenue, NW
                Suite 350S
                Washington, DC 20037
                Telephone: 202.677.4930
                Email: matthew.zapadka@agg.com

                Jaclyn T. Gans, ISB #9291
                ELAM & BURKE, P.A.
                251 East Front Street, Suite 300
                Post Office Box 1539
                Boise, Idaho 83701-1539
                Telephone: (208) 343-5454
                Facsimile: (208) 384-5844
                Email: jtg@elamburke.com

                Kevin M. Bell
                ARNALL GOLDEN GREGORY LLP
                (*pro hac vice admitted*)
                2100 Pennsylvania Avenue, NW
                Suite 350S
                Washington, DC 20037
                Telephone: 202.677.4906
                Email: kevin.bell@agg.com

                Justin F. Ferraro
                (*pro hac vice admitted*)
                ARNALL GOLDEN GREGORY LLP
                2100 Pennsylvania Avenue, NW
                Suite 350S
                Washington, DC 20037
                Telephone: 202.677.4967
                Email: justin.ferraro@agg.com

                *Attorneys for Plaintiff Botanic Tonics, LLC*

**MOTION TO EXTEND DEADLINES - 3**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was filed through the Court's CM/ECF system on June 28, 2024, and through the Court's CM/ECF system, was automatically served on all counsel of record who have appeared in this case via the Court's CM/ECF system.

      DATED: June 28, 2024

                                                  By:  */s/ Matthew Zapadka*

                                                  Matthew D. Zapadka
                                                  (*pro hac vice admitted*)
                                                  ARNALL GOLDEN GREGORY LLP
                                                  2100 Pennsylvania Avenue, NW
                                                  Suite 350S
                                                  Washington, DC 20037
                                                  Telephone: 202.677.4930
                                                  Email: matthew.zapadka@agg.com