UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BOTANIC TONICS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>MIT THERAPY, INC.,<br><br>    Defendant. | Case No. 1:23-cv-00325-AKB<br><br>**ORDER AMENDING SCHEDULING ORDER** |

Based upon the parties' Stipulation on Motion to Extend Deadlines (Dkt. 21), pursuant to Federal Rules of Civil Procedure 1 and 16(b)(4), and for good cause appearing:

**IT IS HEREBY ORDERED** the Scheduling Order (Dkt. 18) is amended as follows:

1. **Completion of Fact Discovery:** All fact discovery must now be completed **August 12, 2024**.

2. **Disclosure of Experts:**

    a.  **Plaintiff** must disclose the experts intended to be called at trial on or before **August 15, 2024**.

    b.  **Defendant** must disclose the experts intended to be called at trial on or before **September 14, 2024**.

    c.  **Plaintiff** must disclose rebuttal experts intended to be called at trial on or before **September 21, 2024**.

    d.  **ALL** discovery relevant to experts must be completed by **October 14, 2024**.

DATED: July 01, 2024

Amanda K. Brailsford
U.S. District Court Judge

ORDER AMENDING SCHEDULING ORDER - 1