Jaclyn T. Gans, ISB #9291
ELAM & BURKE, P.A.
251 East Front Street, Suite 300
Post Office Box 1539
Boise, Idaho 83701-1539
Telephone: (208) 343-5454
Facsimile: (208) 384-5844
Email: jtg@elamburke.com

Kevin M. Bell (*pro hac vice*)
Matthew D. Zapadka  (*pro hac vice*)
Justin F. Ferraro *(pro hac vice)*
ARNALL GOLDEN GREGORY LLP
2100 Pennsylvania Avenue, NW, Suite 350S
Washington, DC 20037
Telephone: (202) 677-4930
Facsimile: (202) 677-4931
Email: kevin.bell@agg.com
Email: matthew.zapadka@agg.com
Email: justin.ferraro@agg.com

*Attorneys for Botanic Tonics, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| BOTANIC TONICS, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>MIT THERAPY, INC.,<br><br>                    Defendant. | Case No. 1:23-cv-00325-AKB<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiff, Botanic Tonics, LLC ("Botanic Tonics"), and Defendant, MIT Therapy, Inc. ("MIT Therapy" and together with Botanic Tonics, the "Parties") are in the process of resolving the claims between them in this matter. The Parties have an agreement in principal and are in the process of finalizing a settlement agreement. The Parties

**NOTICE OF SETTLEMENT - 1**

anticipate completing that agreement within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter. The Parties further request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this 5th day of August, 2024.

| | |
|---|---|
| Dated: August 5, 2024 | By: /s/ Justin F. Ferraro |
| | Justin F. Ferraro<br>*(pro hac vice admitted)*<br>Matthew D. Zapadka<br>(*pro hac vice admitted*)<br>ARNALL GOLDEN GREGORY LLP<br>2100 Pennsylvania Avenue, NW<br>Suite 350S<br>Washington, DC 20037<br>Telephone: 202.677.4967<br>Email: justin.ferraro@agg.com<br>Email: matthew.zapadka@agg.com<br><br>Jaclyn T. Gans, ISB #9291<br>ELAM & BURKE, P.A.<br>251 East Front Street, Suite 300<br>Post Office Box 1539<br>Boise, Idaho 83701-1539<br>Telephone: (208) 343-5454<br>Facsimile: (208) 384-5844<br>Email: jtg@elamburke.com |
| Dated: August 5, 2024 | By: /s/ Scott D. Swanson |
| | Scott D. Swanson<br>SHAVER & SWANSON LLP<br>913 W. River St., Suite 420<br>Boise, Idaho 83702<br>Email: swanson@shaverswanson.com |

**NOTICE OF SETTLEMENT - 2**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was filed through the Court's CM/ECF system on August 5, 2024, and through the Court's CM/ECF system, was automatically served on all counsel of record who have appeared in this case via the Court's CM/ECF system.

Dated: August 5, 2024

                                            By: */s/ Justin F. Ferraro*

                                            Justin F. Ferraro
                                            (pro hac vice admitted)
                                            Matthew D. Zapadka
                                            (pro hac vice admitted)
                                            ARNALL GOLDEN GREGORY LLP
                                            2100 Pennsylvania Avenue, NW
                                            Suite 350S
                                            Washington, DC 20037
                                            Telephone: 202.677.4967
                                            Email: justin.ferraro@agg.com
                                            Email: matthew.zapadka@agg.com

**NOTICE OF SETTLEMENT - 3**