Jaclyn T. Gans, ISB #9291
ELAM & BURKE, P.A.
251 East Front Street, Suite 300
Post Office Box 1539
Boise, Idaho 83701-1539
Telephone: (208) 343-5454
Facsimile: (208) 384-5844
Email: jtg@elamburke.com

Kevin M. Bell (*pro hac vice*)
Matthew D. Zapadka  (*pro hac vice*)
Justin F. Ferraro *(pro hac vice)*
ARNALL GOLDEN GREGORY LLP
2100 Pennsylvania Avenue, NW, Suite 350S
Washington, DC 20037
Telephone: (202) 677-4930
Facsimile: (202) 677-4931
Email: kevin.bell@agg.com
Email: matthew.zapadka@agg.com
Email: justin.ferraro@agg.com

*Attorneys for Botanic Tonics, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| BOTANIC TONICS, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MIT THERAPY, INC.,<br><br>　　　　　　　　　　Defendant. | Case No. 1:23-cv-00325-AKB<br><br>**JOINT STATUS REPORT RE: SETTLEMENT** |

　　　　Plaintiff, Botanic Tonics, LLC ("Botanic Tonics"), and Defendant, MIT Therapy, Inc. ("MIT Therapy" and together with Botanic Tonics, the "Parties") hereby file this Joint Status Report to inform the Court of the Parties' progress towards a settlement and subsequent dismissal of this case. The Court's Docket Entry Order on August 6, 2024 stayed deadlines in this matter at

**JOINT STATUS REPORT - 1**

the Parties' request, and instructed the Parties to file a stipulated dismissal or, alternatively, a status report on or before September 19, 2024. The Parties have agreed to material terms and have exchanged a formal agreement for review and comment. The Parties are in the process of finalizing this settlement agreement and hereby request that the Court provide the Parties with an additional 30 day extension to formalize the agreement and file a stipulated dismissal.

Respectfully submitted this 19th day of September, 2024.

Dated: September 19, 2024         By: /s/ Justin F. Ferraro

Justin F. Ferraro
*(pro hac vice admitted)*
Matthew D. Zapadka
(*pro hac vice admitted*)
ARNALL GOLDEN GREGORY LLP
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, DC 20037
Telephone: 202.677.4967
Email: justin.ferraro@agg.com
Email: matthew.zapadka@agg.com

Jaclyn T. Gans, ISB #9291
ELAM & BURKE, P.A.
251 East Front Street, Suite 300
Post Office Box 1539
Boise, Idaho 83701-1539
Telephone: (208) 343-5454
Facsimile: (208) 384-5844
Email: jtg@elamburke.com

Dated: September 19, 2024         By: /s/ Scott D. Swanson

Scott D. Swanson
SHAVER & SWANSON LLP
913 W. River St., Suite 420
Boise, Idaho 83702
Email: swanson@shaverswanson.com

**JOINT STATUS REPORT - 2**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed through the Court's CM/ECF system on September 19, 2024, and through the Court's CM/ECF system, was automatically served on all counsel of record who have appeared in this case via the Court's CM/ECF system.

Dated: September 19, 2024

By: */s/ Justin F. Ferraro*

Justin F. Ferraro
(*pro hac vice admitted*)
Matthew D. Zapadka
(*pro hac vice admitted*)
ARNALL GOLDEN GREGORY LLP
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, DC 20037
Telephone: 202.677.4967
Email: justin.ferraro@agg.com
Email: matthew.zapadka@agg.com

**JOINT STATUS REPORT - 3**