Jaclyn T. Gans, ISB #9291
ELAM & BURKE, P.A.
251 East Front Street, Suite 300
Post Office Box 1539
Boise, Idaho 83701-1539
Telephone: (208) 343-5454
Facsimile: (208) 384-5844
Email: jtg@elamburke.com

Kevin M. Bell (*pro hac vice*)
Matthew D. Zapadka  (*pro hac vice*)
Justin F. Ferraro *(pro hac vice)*
ARNALL GOLDEN GREGORY LLP
2100 Pennsylvania Avenue, NW, Suite 350S
Washington, DC 20037
Telephone: (202) 677-4930
Facsimile: (202) 677-4931
Email: kevin.bell@agg.com
Email: matthew.zapadka@agg.com
Email: justin.ferraro@agg.com

*Attorneys for Botanic Tonics, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| BOTANIC TONICS, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>MIT THERAPY, INC.,<br><br>       Defendant. | Case No. 1:23-cv-00325-AKB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

   Plaintiff, Botanic Tonics, LLC ("Botanic Tonics"), and Defendant, MIT Therapy, Inc. ("MIT Therapy" and together with Botanic Tonics, the "Parties"), by and through the Parties' respective attorneys of record, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that the above-captioned action, including all claims and counterclaims, be dismissed with

**STIPULATION FOR DISMISSAL - 1**

prejudice. In accordance with a settlement agreement between the Parties, each side will bear its own attorney fees and costs.

    Respectfully submitted this 21st day of October, 2024.

| | |
|---|---|
| Dated: October 21, 2024 | By: *Justin Ferraro* |
| | |
| | Justin F. Ferraro |
| | *(pro hac vice admitted)* |
| | Matthew D. Zapadka |
| | (*pro hac vice admitted*) |
| | ARNALL GOLDEN GREGORY LLP |
| | 2100 Pennsylvania Avenue, NW |
| | Suite 350S |
| | Washington, DC 20037 |
| | Telephone: 202.677.4967 |
| | Email: justin.ferraro@agg.com |
| | Email: matthew.zapadka@agg.com |
| | |
| | Jaclyn T. Gans, ISB #9291 |
| | ELAM & BURKE, P.A. |
| | 251 East Front Street, Suite 300 |
| | Post Office Box 1539 |
| | Boise, Idaho 83701-1539 |
| | Telephone: (208) 343-5454 |
| | Facsimile: (208) 384-5844 |
| | Email: jtg@elamburke.com |
| | |
| Dated: October 21, 2024 | By: *Scott D. Swanson* |
| | |
| | Scott D. Swanson |
| | SHAVER & SWANSON LLP |
| | 1087 W. River St., Suite 310 |
| | Boise, Idaho 83702 |
| | Email: swanson@shaverswanson.com |

**STIPULATION FOR DISMISSAL - 2**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed through the Court's CM/ECF system on October 21, 2024, and through the Court's CM/ECF system, was automatically served on all counsel of record who have appeared in this case via the Court's CM/ECF system.

Dated: October 21, 2024

By: */s/ Justin Ferraro*

Justin F. Ferraro
(pro hac vice admitted)
Matthew D. Zapadka
(pro hac vice admitted)
ARNALL GOLDEN GREGORY LLP
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, DC 20037
Telephone: 202.677.4967
Email: justin.ferraro@agg.com
Email: matthew.zapadka@agg.com

**STIPULATION FOR DISMISSAL - 3**