IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BOTANIC TONICS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>MIT THERAPY, INC.<br><br>        Defendant. | Case No.: 1:23-cv-00325-AKB<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

BASED UPON the Stipulation for Dismissal With Prejudice (Dkt. 27), and good cause appearing therefor,

IT IS HEREBY ORDERED AND THIS DOES ORDER that the above-entitled matter be dismissed with prejudice, with each party to bear its own costs and attorney fees.

DATED: October 23, 2024

_Amanda K. Brailsford_
**Amanda K. Brailsford**
U.S. District Court Judge

ORDER FOR DISMISSAL WITH PREJUDICE – 1